UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAN MICHAEL HYDE,

   Plaintiff,

v.                                          Case No. 3:24cv226-LC-HTC

FLORIDA DIVISION OF
CORPORATIONS, et al.,

   Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 30, 2024, (ECF No. 5), recommending this case be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1) as malicious for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1) as malicious for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of June, 2024.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**